# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 716 |
| | : | |
| ORDER AMENDING RULES | : | SUPREME COURT RULES |
| 380 AND 1380 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| JUVENILE COURT PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2016, upon the recommendation of the Juvenile Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a) in the interest of efficient administration:

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 380 and 1380 of the Pennsylvania Rules of Juvenile Court Procedure is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.